# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSEPH DERRICK HARPER**                                                                 **PLAINTIFF**
**ADC #153091**

v.                          **CASE NO: 3:20-cv-00320-JM-JJV**

**KEVIN MOULDER,** *et al*.                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE